UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **CLARENCE DENNIS DEES,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:22-cv-1152-RDP-GMB |
| **K. PETERS,** *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on July 2, 2024 recommending that: (1) Plaintiff Clarence Dennis Dees' claims related to HIV medications, falsifying medical records, and the disciplinary action he received in March 2021 be dismissed without prejudice; and (2) Mr. Dees' claims related to the incident on January 2, 2021, be dismissed without prejudice under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted.  (Doc. 19).  Although the Magistrate Judge advised Plaintiff of his right to file written objections within fourteen days, the court has not received any objections. (Doc. 19 at 18).

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with that recommendation, Plaintiff's claims related to HIV medications, falsifying medical records, and the disciplinary action he received in March 2021 are due to be dismissed without prejudice.  In addition, Mr. Dees' claims related to the incident on January 2, 2021, are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted.  A final judgment will be entered.

**DONE** and **ORDERED** this July 23, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE